UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                          :
MYKAYLA FAGNANI, ON BEHALF OF                             :
HERSELF AND ALL OTHER PERSONS                             :
SIMILARLY SITUATED,                                       :
                                                          :   No.: 1:26-cv-617
          Plaintiffs,                                     :
                                                          :   **NOTICE OF VOLUNTARY**
          v.                                              :   **DISMISSAL**
                                                          :
                                                          :
BURNT FINGER BBQ LLC,                                     :
                                                          :
          Defendant.                                      :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        Plaintiff(s), MYKAYLA FAGNANI, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and

without fees and costs against Defendant, BURNT FINGER BBQ LLC.


Dated:    New York, New York
          April 23, 2026

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge